## Florence Berger, Appellant, v. Hilbert Berger, Appellee.

### Gen. No. 45,428.

Ratner, Miller & Levenson, for appellant; David J. Ratner, and George J. Miller, of counsel; Maurice L. Marcus, for appellee; Stephen J. Sullivan, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 5, 1951; released for publication November 20, 1951.